# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LIGAND PHARMACEUTICALS INCORPORATED, a Delaware corporation,
Plaintiff,

vs

THE ROCKEFELLER UNIVERSITY, a New York not-for-profit corporation,
Defendant.

FILED
08 MAR -4 AM 8:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 401 BEN WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Darrell Olson
KNOBBE MARTENS OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

03/04/08
DATE

By J. HINKLE, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S