Darrell Olson (State Bar No. 77633)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Joseph M. Reisman (State Bar No. 246922)
Ali S. Razai (State Bar No. 196122)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
LIGAND PHARMACEUTICALS INCORPORATED

ORIGINAL

08 MAR -4 AM 8: 33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAND PHARMACEUTICALS INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE ROCKEFELLER UNIVERSITY, a New York not-for-profit corporation,<br><br>Defendant. | Case No. '08 CV 401 BEN WMc<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

1  Plaintiff, LIGAND PHARMACEUTICALS INCORPORATED (hereinafter
2  "LIGAND"), hereby provides its Notice of Party with Financial Interest pursuant to Rule 40.2 of
3  the Local Rules of this Court and Rule 7.1 of the Federal Rules of Civil Procedure.
4  Plaintiff, LIGAND, has no parent corporations and no publicly held corporation owns 10%
5  or more of its stock.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 3, 2008    By: _____
Darrell Olson (signature via facsimile)

Attorneys for Plaintiff
LIGAND PHARMACEUTICALS INCORPORATED

4951253
022808