1 **FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
2 TELEPHONE:    619.234.6655
FACSIMILE:    619.234.3510

3 KENNETH S. KLEIN, CA BAR NO. 129172

4 **FOLEY & LARDNER LLP**
3000 K STREET, NW - SUITE 500
WASHINGTON, DC 20007-5101
5 TELEPHONE:    202.672-5300
FACSIMILE:    202.672-5399

6 ANAT HAKIM, (to be admitted *pro hac vice*)

7 Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation,

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ligand Pharmaceuticals Incorporated, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Rockefeller University, a New York not-for-profit corporation,<br><br>Defendant. | Case No:  08-CV-401 BEN (WMc)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THIS ACTION**<br><br>Judge:        Roger T. Benitez<br><br>Date:         April 14, 2008<br>Time:         10:30 a.m.<br>Courtroom:   3_____ |

TO PLAINTIFF, LIGAND PHARMACEUTICALS INCORPORATED AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 14, 2008, at 10:30 a.m. or as soon thereafter as the matter may be heard in Department [Insert] of the Court, located at 940 Front Street, San Diego, CA 92101-8900, defendant, THE ROCKEFELLER UNIVERSITY, moves the Court to dismiss or in the alternative, to stay this Action on the grounds that there is a first-filed, parallel state suit pending in New York.

This Motion will be based on this Notice of Motion and Motion, the Memorandum of Point and Authorities Filed herewith, the Declaration of Anat Hakim and exhibits thereto, the pleadings, and such other and further oral and documentary evidence and

SDCA_1018664.1

1  legal memoranda as may be presented at or by the hearing on said Motion.

2

3  Dated: March 11, 2008           FOLEY & LARDNER LLP
                                   KENNETH S. KLEIN

4

5

6                                  By: /s/_____
                                       KENNETH S. KLEIN
7                                      Attorneys for Defendant The Rockefeller
                                       University, a New York not-for-profit
8                                      corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the **County of San Diego**, **State of California**. I am over the age of 18 and not a party to this action; my current business address is **402 W. Broadway, Suite 2100, San Diego, CA 92101-3542**.

On **March 11, 2008**, I served the foregoing document(s) described as: **Notice of Party With Financial Interest** on the interested parties in this action as follows:

    BY THE FOLLOWING MEANS:
        I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Darrell Olson<br>KNOBBE, MARTENS, OLSON & BEAR LLP<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA  92614<br>Phone:        (949) 760-0404<br>Facsimile:   (949) 760-9502 | Joseph M. Reisman  Ali S. Razai<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>550 West C Street, Suite 1200<br>San Diego, CA  92101<br>Phone:        (619) 235-8550<br>Facsimile:   (619) 235-0176 |

    BY MAIL

        I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Diego, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

    BY FACSIMILE

        I transmitted the document(s) by facsimile transmission from a facsimile transmission machine, at **San Diego, California**, with the telephone number, **619.234.3510,** to Click and Type Name  whose facsimile transmission telephone number is Click and Type Number .

The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission machine upon which the transmission was made, immediately following the transmission.

    BY HAND DELIVERY. I delivered the envelope(s) **by hand** to addressee(s).

    Executed on **March 11, 2008**, at **San Diego, California**.

        I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                              Martha X. Zarate