| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>402 W. BROADWAY, SUITE 2100<br>SAN DIEGO, CA 92101-3542 |
| 2 | TELEPHONE:    619.234.6655<br>FACSIMILE:    619.234.3510 |
| 3 | KENNETH S. KLEIN, CA BAR NO. 129172 |
| 4 | **FOLEY & LARDNER LLP**<br>3000 K STREET, NW - SUITE 500<br>WASHINGTON, DC 20007-5101 |
| 5 | TELEPHONE:    202.672-5300<br>FACSIMILE:    202.672-5399 |
| 6 | ANAT HAKIM, (to be admitted *pro hac vice*) |
| 7 | Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation, |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ligand Pharmaceuticals Incorporated, a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>The Rockefeller University, a New York not-for-profit corporation,<br><br>            Defendant. | Case No: 08-CV-401 BEN (WMc)<br><br>**DECLARATION OF ANAT HAKIM IN SUPPORT OF DEFENDANT THE ROCKEFELLER UNIVERSITY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY THIS ACTION**<br><br>Judge:       Roger T. Benitez<br>Date:        April 14, 2008<br>Time:        10:30 a.m.<br>Dept:        Courtroom 3 |

I, Anat Hakim, declare as follows:

    1.    I am an attorney licensed to practice before all courts of the State of New York and am employed by the law firm of Foley & Lardner LLP, attorneys of record for defendant, The Rockefeller University. I have personal knowledge of the matters asserted herein and, if called as a witness to testify, I could and would competently testify to the matters stated herein.

    2.    Attached hereto as Exhibit "1" is a true and correct copy of the Summons and Complaint in *The Rockefeller University v. Ligand Pharmaceuticals, Inc.*, Case No. 08/600638, which was filed in the Supreme Court of the State of New York in the County

of New York on March 4, 2008 at 9:02 a.m. EST.

3. Attached hereto as Exhibit "2" is a true and correct copy of the September 30, 1992 License Agreement between Ligand Pharmaceuticals Incorporated and The Rockefeller University.

3. Attached hereto as Exhibit "3" is a true and correct copy of the complaint filed in this action by Ligand Pharmaceuticals Incorporated against The Rockefeller University in the United States District Court, Southern District of California, on March 4, 2008 at 8:33 a.m. PST..

4. Attached hereto as Exhibit "4" is a true and correct copy of a New York Secretary of State Record I printed from Lexis-Nexis showing that Ligand Pharmaceuticals Incorporated is registered to do business in the State of New York.

5. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. I executed this Declaration on this 11th day of March, 2008 at 4:00 p.m., in Jupiter, Florida.

*Anat Hakim*

Anat Hakim

1 | Dated: March 11, 2008

FOLEY & LARDNER LLP
KENNETH S. KLEIN

By: _____
KENNETH S. KLEIN
Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation

# PROOF OF SERVICE

I am employed in the **County of San Diego, State of California**. I am over the age of 18 and not a party to this action; my current business address is **402 W. Broadway, Suite 2100, San Diego, CA 92101-3542**.

On **March 11, 2008**, I served the foregoing document(s) described as: **Notice of Party With Financial Interest** on the interested parties in this action as follows:

\_\_\_   BY THE FOLLOWING MEANS:
I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Darrell Olson<br>KNOBBE, MARTENS, OLSON & BEAR LLP<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA 92614<br>Phone:     (949) 760-0404<br>Facsimile: (949) 760-9502 | Joseph M. Reisman  Ali S. Razai<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>550 West C Street, Suite 1200<br>San Diego, CA 92101<br>Phone:     (619) 235-8550<br>Facsimile: (619) 235-0176 |

\_\_\_   BY MAIL

\_\_\_   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Diego, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

\_\_\_   BY FACSIMILE

\_\_\_   I transmitted the document(s) by facsimile transmission from a facsimile transmission machine, at **San Diego, California**, with the telephone number, **619.234.3510**, to Click and Type Name  whose facsimile transmission telephone number is Click and Type Number .

The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission machine upon which the transmission was made, immediately following the transmission.

\_\_\_   BY HAND DELIVERY. I delivered the envelope(s) **by hand** to addressee(s).

\_\_\_   Executed on **March 11, 2008**, at **San Diego, California**.

\_\_\_   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Martha X. Zarate

1