1 of 1 DOCUMENT

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

THIS DATA IS NOT AN OFFICIAL RECORD OF THE DEPARTMENT OF STATE OR THE STATE OF NEW YORK. LEXISNEXIS IS NOT AN EMPLOYEE OR AGENT OF THE DEPARTMENT OF STATE OR THE STATE OF NEW YORK. THE DEPARTMENT OF STATE DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THIS DATA.

NEW YORK DEPARTMENT OF STATE

**Company Name:** LIGAND PHARMACEUTICALS INCORPORATED

**Process Address:**
  C/O C T CORPORATION SYSTEM
  111 EIGHTH AVENUE
  NEW YORK, NY 10011

**Business Address:**
  THE CORPORATION
  10275 SCIENCE CENTER DR
  SAN DIEGO, CA 92121-1117

**Type:** FOREIGN BUSINESS

**Status:** ACTIVE

**Status Comment:** BIENNIAL STATEMENT

**Standing:** NOTE: GOOD STANDING STATUS CAN ONLY BE DETERMINED BY PERFORMING A SEARCH IN THE RECORDS OF BOTH THE DEPARTMENT OF STATE CORPORATION RECORDS AND THE DEPARTMENT OF TAX AND FINANCE.

**Filing Date:** 10/26/2004

**Duration:** PERPETUAL

**County:** NEW YORK

**Date of Incorporation/Qualification:** 9/16/1998

**State or Country of Incorporation:** DELAWARE

**Foreign Incorporation Date:** 9/28/1987

**Registered Agent:** C T CORPORATION SYSTEM

**Registered Office:**
  111 EIGHTH AVENUE
  NEW YORK, NY 10011

**Corporation Number:** 2297996

NEW YORK DEPARTMENT OF STATE

**Microfilm Number:** 980916000132

**Officers, Directors:**
DAVID E ROBINSON
10275 SCIENCE CENTER DR
SAN DIEGO, CA 92121-1117

**History:**
Type: BIENNIAL STATEMENT (FOREIGN BUSINESS)
Effective Date: 9/1/2004
Microfilm Number: 041026002265


Type: BIENNIAL STATEMENT (FOREIGN BUSINESS)
Effective Date: 9/1/2002
Microfilm Number: 020829002808


Type: BIENNIAL STATEMENT (FOREIGN BUSINESS)
Effective Date: 9/1/2000
Microfilm Number: 000919002650


Type: CERTIFICATE OF CHANGE OF ADDRESS (FOREIGN BUSINESS)
Effective Date: 10/4/1999
Microfilm Number: 991004000703


Type: APPLICATION AUTHORITY (FOREIGN BUSINESS)
Effective Date: 9/16/1998
Microfilm Number: 980916000132