1  **FOLEY & LARDNER LLP**
   402 W. BROADWAY, SUITE 2100
2  SAN DIEGO, CA 92101-3542
   TELEPHONE:    619.234.6655
   FACSIMILE:    619.234.3510
3
   KENNETH S. KLEIN, CA BAR NO. 129172
4
   **FOLEY & LARDNER LLP**
   3000 K STREET, NW - SUITE 500
5  WASHINGTON, DC 20007-5101
   TELEPHONE:    202.672-5300
   FACSIMILE:    202.672-5399
6
   ANAT HAKIM, (to be admitted *pro hac vice*)
7
   Attorneys for Defendant The Rockefeller University, a New York not-for-profit
8  corporation,

9               **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  Ligand Pharmaceuticals Incorporated, a       Case No:  08-CV-401 BEN (WMc)
    Delaware corporation,
13                                               **CERTIFICATE OF SERVICE**
                  Plaintiff,
14                                               Judge:        Roger T. Benitez
          vs.
15                                               Date:         April 14, 2008
    The Rockefeller University, a New York       Time:         10:30 a.m.
16  not-for-profit corporation,                  Dept:         Courtroom 3

17                Defendant.

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on **March 11, 2008**, I caused the following document(s):

1.      Notice of Motion and Motion to Dismiss or, in the Alternative, Stay This Action

2.      Declaration of Anat Hakim in Support of Defendant the Rockefeller University's Motion to Dismiss, or in the Alternative, Stay this Action

3.      Memorandum In Support Of The Rockefeller University's Motion To Dismiss Or, In The Alternative, Stay This Action

4.      Notice of Party with Financial Interest

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Darrell Olson
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone:      (949) 760-0404
Facsimile:      (949) 760-9502

litigation@kmob.com,2dlo@kmob.com

a copy was mailed to:

Joseph M. Reisman Ali S. Razai
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA  92101
Phone:      (619) 235-8550
Facsimile:      (619) 235-0176

 X      BY MAIL

        X      I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Diego, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

 X      Executed on **March 11, 2008**, at **San Diego, California**.

08-CV-401 BEN (WMc)

1   __X__

2

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

3

Martha X. Zarate

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

08-CV-401 BEN (WMc)