**FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:   619.234.6655
FACSIMILE:   619.234.3510

KENNETH S. KLEIN, CA BAR NO. 129172

**FOLEY & LARDNER LLP**
3000 K STREET, NW - SUITE 500
WASHINGTON, DC 20007-5101
TELEPHONE:   202.672-5300
FACSIMILE:   202.672-5399

ANAT HAKIM, (to be admitted *pro hac vice*)

Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation,

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ligand Pharmaceuticals Incorporated, a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>The Rockefeller University, a New York not-for-profit corporation,<br><br>            Defendant. | Case No:  08-CV-401 BEN (WMc)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Judge:         Roger T. Benitez<br><br>Date:          April 14, 2008<br>Time:          10:30 a.m.<br>Courtroom:  3 |

Defendant, THE ROCKEFELLER UNIVERSITY, hereby provides its Notice of Party with Financial Interest pursuant to Rule 40.2 of the Local Rules of this Court and Rule 7.1 of the Federal Rules of Civil Procedure.

Defendant, THE ROCKEFELLER UNIVERSITY has no parent corporation and has issued no stock that is held by a public corporation.

Dated: March 11, 2008                    FOLEY & LARDNER LLP
                                                        KENNETH S. KLEIN


                                                        By: /s/_____
                                                               KENNETH S. KLEIN
                                                               Attorneys for Defendant The Rockefeller
                                                               University, a New York not-for-profit
                                                               corporation

08-CV-401 BEN WMC

SDCA_1018329.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28