FOLEY & LARDNER LLP
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:   619.234.6655
FACSIMILE:    619.234.3510

KENNETH S. KLEIN, CA BAR NO. 129172

FOLEY & LARDNER LLP
3000 K STREET, NW - SUITE 500
WASHINGTON, DC 20007-5101
TELEPHONE:   202.672.5300
FACSIMILE:    202.672.5399

ANAT HAKIM, (admitted *pro hac vice*)

Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation,

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ligand Pharmaceuticals Incorporated, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>The Rockefeller University, a New York not-for-profit corporation,<br><br>　　　　　　Defendant. | Case No:  08-CV-401 BEN (WMc)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THIS ACTION**<br><br>Judge:　　　　Roger T. Benitez<br>Date:　　　　 April 21, 2008<br>Time:　　　　 10:30 a.m.<br>Courtroom:　  3 |

NOTICE IS HEREBY GIVEN that Defendant, THE ROCKEFELLER UNIVERSITY ("Rockefeller"), hereby withdraws its Motion to Dismiss or, in the Alternative, Stay this Action, that was filed March 11, 2008, originally set for April 14, 2008 and currently scheduled for April 21, 2008, at 10:30 a.m. at 940 Front Street, San Diego, CA 92101-8900.  The removal is based on the fact that the pending New York

///
///
///
///
///
///

SDCA_1075678.1

1  state court action that was the subject of this motion was removed to federal court in New
2  York by the defendant in this case. The Rockefeller University will be filing a responsive
3  pleading in this case on or before its time to answer.

Dated: March 25, 2008

FOLEY & LARDNER LLP
KENNETH S. KLEIN

By: /s/_____
    KENNETH S. KLEIN
    Attorneys for Defendant The Rockefeller University

## CERTIFICATE OF SERVICE

I hereby certify that on **March 25, 2008**, I caused the following document(s): NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THIS ACTION to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Darrell Olson
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone:      (949) 760-0404
Facsimile:  (949) 760-9502

litigation@kmob.com,2dlo@kmob.com

a copy was mailed to:

Joseph M. Reisman Ali S. Razai
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone:      (619) 235-8550
Facsimile:  (619) 235-0176

_X_  BY MAIL

    _X_  I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Diego, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

_X_  Executed on **March 25, 2008**, at **San Diego, California**.

_X_  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Martha X. Zarate

1