1  **FOLEY & LARDNER LLP**
   402 W. BROADWAY, SUITE 2100
2  SAN DIEGO, CA 92101-3542
   TELEPHONE:   619.234.6655
   FACSIMILE:   619.234.3510
3
   KENNETH S. KLEIN, CA BAR NO. 129172
4  **FOLEY & LARDNER LLP**
   3000 K STREET, NW - SUITE 500
5  WASHINGTON, DC 20007-5101
   TELEPHONE:   202.672-5300
   FACSIMILE:   202.672-5399
6
   ANAT HAKIM, (admitted *pro hac vice*)
7
   Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation,
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Ligand Pharmaceuticals Incorporated, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Rockefeller University, a New York not-for-profit corporation,<br><br>Defendant. | Case No: 08-CV-401 BEN (WMc)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER OR STAY THIS ACTION**<br><br>Judge:        Roger T. Benitez<br>Date:         June 2, 2008<br>Time:         10:30 a.m.<br>Courtroom:    3 |
|---|---|

TO PLAINTIFF, LIGAND PHARMACEUTICALS INCORPORATED AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 2, 2008, at 10:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 3 of the Court, located at 940 Front Street, San Diego, CA 92101-8900, defendant, THE ROCKEFELLER UNIVERSITY, moves the Court to dismiss or in the alternative, to transfer or stay this Action on the grounds that this Action is an improper declaratory action that should be dismissed, that there is a first-filed action pending in the Southern District of New York, that the Court lacks personal jurisdiction over The Rockefeller University, that venue is improper, and in the alternative, that transfer is warranted pursuant to 28 U.S.C. §1404.

1  This Motion will be based on this Notice of Motion and Motion, the Memorandum of Point and Authorities Filed herewith, the Declaration of Anat Hakim and exhibits thereto, the Declaration of James Lapelle, the pleadings, and such other and further oral and documentary evidence and legal memoranda as may be presented at or by the hearing on said Motion.

Dated: April 1, 2008         FOLEY & LARDNER LLP
                             KENNETH S. KLEIN
                             ANAT HAKIM


                      By:    s/ Kenneth S. Klein
                             KENNETH S. KLEIN
                             Attorneys for Defendant The Rockefeller
                             University, a New York not-for-profit
                             corporation.