**FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:     619.234.6655
FACSIMILE:     619.234.3510

KENNETH S. KLEIN, CA BAR NO. 129172

**FOLEY & LARDNER LLP**
3000 K STREET, NW - SUITE 500
WASHINGTON, DC 20007-5101
TELEPHONE:     202.672.5300
FACSIMILE:     202.672.5399

ANAT HAKIM (admitted *pro hac vice*)

Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation,

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ligand Pharmaceuticals Incorporated, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>The Rockefeller University, a New York not-for-profit corporation,<br><br>    Defendant. | Case No: 08-CV-401 BEN (WMc)<br><br>**DECLARATION OF JAMES LAPPLE IN SUPPORT OF DEFENDANT THE ROCKEFELLER UNIVERSITY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER OR STAY THIS ACTION**<br><br>Judge:    Roger T. Benitez<br>Date:    June 2, 2008<br>Time:    10:30 a.m.<br>Dept:    Courtroom 3 |

I, James Lapple, declare as follows:

1.    I am employed by The Rockefeller University (the "University") as its Vice President, Finance. I have worked for the University in that position for the past four years in New York. I have personal knowledge of the matters asserted herein.

2.    As part of my responsibilities as Vice President, Finance, I have an understanding of the University's operations and business and make this declaration to the best of my knowledge and belief.

3.    The Rockefeller University is a New York not-for-profit education corporation, with its principal place of business in New York, New York. All of The

1 | Rockefeller University's facilities and employees are located in New York.

2 |     4.    The Rockefeller University does not have an office in California.

3 |     5.    The Rockefeller University maintains no telephone listing or mailing addresses in the State of California.

    6.    The Rockefeller University does not sell products in the State of California and does not market or advertise directly to the residents thereof.

    7.    The Rockefeller University has no research facility, no employees or sales representatives in the State of California.

    8.    The Rockefeller University does not solicit business in California.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. I executed this Declaration on this 26th day of March, 2008 in New York, New York.

_____
James Lapple