1 **FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
2 TELEPHONE: 619.234.6655
FACSIMILE: 619.234.3510

3 KENNETH S. KLEIN, CA BAR NO. 129172

4 **FOLEY & LARDNER LLP**
3000 K STREET, NW - SUITE 500
WASHINGTON, DC 20007-5101
5 TELEPHONE: 202.672-5300
FACSIMILE: 202.672-5399

6 ANAT HAKIM, (admitted *pro hac vice*)

7 Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation,

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ligand Pharmaceuticals Incorporated, a Delaware corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>The Rockefeller University, a New York not-for-profit corporation,<br><br>             Defendant. | Case No: 08-CV-401 BEN (WMc)<br><br>**DECLARATION OF ANAT HAKIM IN SUPPORT OF DEFENDANT THE ROCKEFELLER UNIVERSITY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER OR STAY THIS ACTION**<br><br>Judge:     Roger T. Benitez<br>Date:      June 2, 2008<br>Time:      10:30 a.m.<br>Dept:      Courtroom 3 |

I, Anat Hakim, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of New York and am employed by the law firm of Foley & Lardner LLP, attorneys of record for defendant, The Rockefeller University. I have personal knowledge of the matters asserted herein and, if called as a witness to testify, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit "1" is a true and correct copy of Summons and Complaint brought by The Rockefeller University against Ligand Pharmaceuticals Incorporated, which The Rockefeller University filed in the Supreme Court of the State

1  of New York in the County of New York on March 4, 2008 at 9:02 a.m. EST.

2      3.    Attached hereto as Exhibit "2" is a true and correct copy of the 1992 license
3  agreement between Ligand Pharmaceuticals Incorporated and The Rockefeller
4  University.

5      4.    Attached hereto as Exhibit "3" is a true and correct copy of a March 13,
6  2008 letter from Charles S. Berkman of Ligand Pharmaceuticals, Inc. to The Office of the
7  General Counsel at The Rockefeller University.

8      5.    Attached hereto as Exhibit "4" is a true and correct copy of a March 17,
9  2008 letter from Anat Hakim to Charles S. Berkman of Ligand Pharmaceuticals, Inc.

10     6.    Attached hereto as Exhibit "5" is a true and correct copy of the complaint
11 filed by Ligand Pharmaceuticals Incorporated against The Rockefeller University in the
12 United States District Court, Southern District of California, on March 4, 2008 at 8:33
13 a.m. PST.

14     7.    Attached hereto as Exhibit "6" is a true and correct copy of a March 14,
15 2008 Notice of Filing of Notice of Removal and Notice of Removal, filed by Ligand
16 Pharmaceuticals Incorporated on March 14, 2008.

17     8.    Attached hereto as Exhibit "7" is a true and correct copy of Ligand
18 Pharmaceuticals Inc.'s Notice of Motion to Dismiss, or In the Alternative, To Transfer to
19 the Southern District of California, Memorandum in Support, and Supporting Exhibits,
20 which Ligand Pharmaceuticals Inc. filed in the Southern District of New York on March
21 21, 2008.

22     9.    Attached hereto as Exhibit "8" is a true and correct copy of a December 22,
23 1992 letter (Bates stamped RU0002701.001) from James Darnell of The Rockefeller
24 University to Dr. Robert B. Stein of Ligand Pharmaceuticals.

25
26
27
28

10. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. I executed this Declaration on this 26th day of March, 2008 in Jupiter, Florida.

*/s/ Anat Hakim*
Anat Hakim

3