

**THE ROCKEFELLER UNIVERSITY**

1230 YORK AVENUE • NEW YORK, NEW YORK 10021-6399

December 22, 1992

Dr. Robert B. Stein
Vice President of Research
Ligand Pharmaceuticals Inc.
9393 Towne Centre Drive
Suite 100
San Diego, CA  92121

Dear Bob:

    Thanks very much for your visit on December 10th.  It is obvious from that short conversation that there is much to do but that we'll have a great deal of stimulation and satisfaction as we work to get it done.

    We have had a number of searching discussions about what antibodies and nucleic acid oligonucleotides to ask you for.  In the end I'm sending you a longer list than you probably will find reasonable.  That we understand and will be happy to have whatever falls above your cut-off line. There are ten antibodies in order of their most immediate priorities. They are:  91-SH2 domain, 113-SH2 domain, two antibodies each for the kinases Jak1A, Tyk2A, Jak2A, and J1B, Ty2B, J2B.  The final two are for internal domains of the interferon $\gamma$ and $\alpha$ receptors, RG and RA.

    For the nucleic acid probes that will be required to finish the patent we list a series of 23 oligos.  If this is too many (we have already made $\sim$20) let me know.  When you've had a chance to look this over give me a call.

    Best wishes for the holidays.

                                      Sincerely yours,

                                      James E. Darnell, Jr., M.D.
                                      Professor

JED:lc
Encls.

① 91SH (25mer)
-NGGEPDEHAVEPYTKKELSAVTFPD-

② 113SH (25mer)
-DDDKVLIYSVQPYTKEVLQSLPLTE-

③ J1A (30mer)
-FCAKMRSSKKTEVNLEAPEPGVEVIFYLSD-

④ T2A (30mer)
-RGSKPVGDGAQPMAAMGGLKVLLHWAGPGG-

⑤ J2A (30mer)
-KHKESETLTEQDVQLYCDFPDIIDVSIKQA-

⑥ J1B (21mer)
-INKLEEQNPDIVSRKKNQPTE-

⑦ T2B (21mer)
-PILKTVHEKYQGQAPSVFSVC-

⑧ J2B (21mer)
-SLFTPDYELLTENDMLPNMRI-

⑨ RG (30mer)
-FGYDKPHVLVDLLVDDSGKESLIGYRPTED-

⑩ RA (30mer)
-DEDHKKYSSQTSQDSGNYSNEDESESKTSE-

| NAME: | Sequence | NAME: | Sequence |
|---|---|---|---|
| S2T: | TTTTCCTGTAAGTG | A2T: | CACTTACAGGAAAA |
| S2C: | TCTTCCTGTAAGTG | A2C: | CACTTACAGGAAGA |
| S2G: | TGTTCCTGTAAGTG | A2G: | CACTTACAGGAACA |
| S5G: | TATTGCTGTAAGTG | A5G: | CACTTACAGCAATA |
| S5T: | TATTTCTGTAAGTG | A5T: | CACTTACAGAAATA |
| S7G: | TATTCCGGTAAGTG | A7G: | CACTTACCGGAATA |
| S7A: | TATTCCAGTAAGTG | A7A: | CACTTACTGGAATA |
| S8T: | TATTCCTTTAAGTG | A8T: | CACTTAAAGGAATA |
| S9A: | TATTCCTGAAAGTG | A9A: | CACTTTCAGGAATA |
| S9G: | TATTCCTGGAAGTG | A9G: | CACTTCCAGGAATA |
| S9C: | TATTCCTGCAAGTG | A9C: | CACTTGCAGGAATA |

14 mer for above 22 oligos

13R: (13 mer)
ATTCCTGTAAGTG

Total: 23 oligos