FOLEY & LARDNER LLP
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:  619.234.6655
FACSIMILE:  619.234.3510

KENNETH S. KLEIN, CA BAR NO. 129172

FOLEY & LARDNER LLP
3000 K STREET, NW - SUITE 500
WASHINGTON, DC 20007-5101
TELEPHONE:  202.672-5300
FACSIMILE:  202.672-5399

ANAT HAKIM, (admitted *pro hac vice*)

Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation,

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ligand Pharmaceuticals Incorporated, a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>The Rockefeller University, a New York not-for-profit corporation,<br><br>            Defendant. | Case No:  08-CV-401 BEN (WMc)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:      Roger T. Benitez<br>Date:       June 2, 2008<br>Time:       10:30 a.m.<br>Dept:       Courtroom 3 |

## CERTIFICATE OF SERVICE

I hereby certify that on **April 1, 2008**, I caused the following document(s):

1. Notice of Motion and Motion to Dismiss or, in the Alternative, Transfer or Stay This Action

2. Declaration of Anat Hakim in Support of Defendant the Rockefeller University's Motion to Dismiss, or in the Alternative, Transfer or Stay this Action

3. Declaration of James Lapple in Support of Defendant the Rockefeller University's Motion to Dismiss, or in the Alternative, Transfer or Stay this Action

4. Memorandum of Points and Authorities in Support of Defendant the Rockefeller University's Motion to Dismiss, or in the Alternative, Transfer or Stay this Action

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Darrell Olson
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone:      (949) 760-0404
Facsimile:  (949) 760-9502

litigation@kmob.com,2dlo@kmob.com

a copy was mailed to:

Joseph M. Reisman Ali S. Razai
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone:      (619) 235-8550
Facsimile:  (619) 235-0176

__X__    BY MAIL

    __X__    I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Diego, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

| | | |
|---|---|---|
| 1 | __X__ | Executed on **April 1, 2008**, at **San Diego, California**. |
| 2 | __X__ | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

_Martha X. Zarate_
Martha X. Zarate