Darrell Olson (State Bar No. 77633)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Joseph M. Reisman (State Bar No. 246922)
Ali S. Razai (State Bar No. 196122)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Defendant
LIGAND PHARMACEUTICALS INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAND PHARMACEUTICALS INCORPORATED, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ROCKEFELLER UNIVERSITY, a New York not-for-profit corporation,<br><br>    Defendant. | Civil Action No. 08-CV-401 BEN (WMc)<br><br>**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i)**<br><br>Honorable Roger T. Benitez |

1 |       Plaintiff, LIGAND PHARMACEUTICALS INCORPORATED, hereby moves to voluntarily dismiss the present action without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 14, 2008                   By: s/ Joseph M. Reisman
                                                  Darrell Olson
                                                  Joseph M. Reisman
                                                  Ali S. Razai

Attorneys for Defendant
LIGAND PHARMACEUTICALS INCORPORATED

# PROOF OF SERVICE

I hereby certify that on May 14, 2008, I caused the foregoing **PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i)** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

| | |
|---|---|
| **FOLEY & LARDNER**<br>Kenneth S. Klein<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101-3542<br>Telephone: (619) 234-6655<br>Facsimile: (619) 234-3510 | **FOLEY & LARDNER**<br>Anat Hakim<br>3000 K Street, NW, Suite 500<br>Washington D.C. 20007-5101<br>Telephone: (202) 672-5300<br>Facsimile: (202) 672-5399 |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 14, 2008, at San Diego, California.

_____
Luz Wright

LIGANDL.020L

5036512
031908